twenty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.

WILLIAM F. HARDEN, JR., and Others, Appellants, v. BROOKLYN TRUST COMPANY and MARY JOSEPHINE TERESA HARDEN, as Executors, etc., of THOMAS C. HARDEN, Deceased, and MARY JOSEPHINE TERESA HARDEN, Individually, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HUDSON BAZAAR Co., INC., Respondent, v. M. C. ILLIONS & SONS, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., Middle Village, Borough of Queens, etc. In the Matter of the Application of CHARLES J. NEUFELD, as Guardian for the Infants, WALTER J. NEUFELD and Others, and as Administrator, etc., of IRENE NEUFELD, an Infant, Deceased, for the Withdrawal of Moneys of the Said Infants from the Chamberlain's Office, etc.— Motion for payment of award granted. Let the order provide, in the case of the infants, that the money be deposited in a savings bank subject to the order of the surrogate of Queens county. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the COUNTY OF WESTCHESTER to Acquire Title to Lands of PONTY & HAIGHT, INC., and Others. PONTY & HAIGHT, INC., and Others, Appellants, v. SWIMMING POOLS, INC., and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondents thirty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Arbitration of JOHN LEHN, Doing Business under the Firm Name and Style of K & L PLASTERING Co., Respondent, v. JOHN C. PERSON CONSTRUCTION Co., INC., Appellant, Pursuant to an Agreement between JOHN C. PERSON CONSTRUCTION Co., INC., and the Said JOHN LEHN, Dated September 17, 1928.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Petition of JULIUS MARCUCCI, Respondent, to Register the Title to Certain Lands. MARION DE VRIES, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of Proving the Last Will and Testament of PATRICK J. RYAN, Deceased. JAMES RYAN, as Executor, etc., Appellant; THOMAS F. RYAN, Contestant, Respondent.— Motion to resettle order of May 24, 1929, granted, and